# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1803

_____

RANDOLPH KAHL-WINTER,

Appellant,

v.

DEPARTMENT OF CORRECTIONS,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
James O. Shelfer, Judge.

November 30, 2018


PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Randolph Kahl-Winter, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Appellee.